UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN A. TOLLIVER,

    Plaintiff,

v.

OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTIONS, *et al.*,

    Defendants.

Case No. 2:22-cv-4567
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the August 27, 2024 Report and Recommendation issued by the Magistrate Judge. (R&R, ECF No. 30.) The Magistrate Judge recommends that the Court deny the First Motion to Dismiss by Defendants Ohio Department of Rehabilitation and Correction, Annette Chambers-Smith, Dr. Mike Davis, and Jennifer Urrah (collectively, "Defendants"). (*Id.*; *see also* ECF No. 23.)

The parties were advised of their right to object to the Report and Recommendation and of the consequences of failing to do so (R&R PageID 363–64), but did not do so. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 30.) Defendants' First Motion to Dismiss is **DENIED**. (ECF No. 23.) This case remains open.

    **IT IS SO ORDERED.**

**10/9/2024**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**